## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | **CIVIL ACTION NO. 3:16CV-755-CHB** |
| **ONE HUNDRED NINETY-FIVE THOUSAND EIGHT HUNDRED TEN DOLLARS ($195,810.00) IN UNITED STATES CURRENCY, ET AL.** | **DEFENDANTS** |

### STATUS REPORT

The United States, by counsel Amy Sullivan, hereby provides the following status report, as ordered by the Court (R. 99, Order).

In the related foreclosure action (Jefferson Circuit Court Case No. 24CI-400723), the real property located at 12600 Blackthorn Trace (the only remaining defendant in this case) was sold via foreclosure auction but the distribution of sales proceeds has not been finalized. Last Friday, the third-party purchaser of the subject property moved to confirm the sale. It is anticipated that the foreclosure and distribution of sale proceeds will be finalized by October 15, 2025. The United States will file another status report no later than October 15, 2025, unless otherwise ordered by the Court.

Respectfully submitted,

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

s/ *Amy M. Sullivan*
Amy M. Sullivan
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
amy.sullivan@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2025, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                      s/*Amy M. Sullivan*
                                      Amy M. Sullivan
                                      Assistant United States Attorney