**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 3:16CV-755-CHB**

**ONE HUNDRED NINETY-FIVE THOUSAND**
**EIGHT HUNDRED TEN DOLLARS ($195,810.00)**
**IN UNITED STATES CURRENCY, ET AL.** **DEFENDANTS**

**STATUS REPORT**

The United States, by counsel Amy Sullivan, hereby provides the following status report, as ordered by the Court (R. 101, Order).

In the related foreclosure action (Jefferson Circuit Court Case No. 24CI-400723), the real property located at 12600 Blackthorn Trace (the only remaining defendant in this case) was sold via foreclosure auction. There are no net proceeds from the sale that are available for forfeiture. Since there is nothing to forfeit regarding the real property located at 12600 Blackthorn Trace, this action can be concluded.

Respectfully submitted,

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

s/ *Amy M. Sullivan*
Amy M. Sullivan
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
amy.sullivan@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/*Amy M. Sullivan*
Amy M. Sullivan
Assistant United States Attorney