UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE HUNDRED NINETY-FIVE THOUSAND EIGHT HUNDRED TEN DOLLARS ($195,810.00) IN UNITED STATES CURRENCY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:16-CV-00755-CHB-CHL<br><br>**ORDER** |

*** *** *** ***

The Court has received and reviewed Plaintiff United States of America's Status Report. [R. 102]. In its report, the United States advises that the remaining defendant, 12600 Blackthorn Trace, was sold at a foreclosure action, and the sale resulted without any net proceeds that are available for forfeiture. *Id.* at 1. Since there are no net proceeds to forfeit, the United States advises that "this action can be concluded." *Id.*

The Court is going to set a deadline for the United States to file a notice of dismissal or a status report whichever it deems appropriate. However, due to the government shutdown, all civil cases involving the United States of America are stayed indefinitely. *See* United States District Court for the Western District of Kentucky Amendment to General Order No. 25-13, https://www.kywd.uscourts.gov/general-orders-2025 [https://perma.cc/8TU7-YM3K] (last visited Oct. 21, 2025). Thus, the deadline for the United States to file will be set seven (7) days after the stay has been lifted.

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that United States of America **SHALL** file a notice of dismissal or a status report, whichever it deems appropriate, **<u>by no later than seven (7) days after the stay has been lifted.</u>**

This the 21st day of October, 2025.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record