**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CRIMINAL NO.3:16CV-755-CHB**
***Electronically Filed***

**ONE HUNDRED NINETY-FIVE THOUSAND**
**EIGHT HUNDRED TEN DOLLARS ($195,810.00)**
**IN UNITED STATES CURRENCY, ET AL.** **DEFENDANTS**

**STIPULATION OF DISMISSAL OF DEFENDANT BLACKTHORN TRACE**

The United States, by counsel, Amy M. Sullivan, Assistant United States Attorney for the Western District of Kentucky, hereby files a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as to Defendant Real Property located at 12600 Blackthorn Trace. Counsel of record for the defendant property Claimants, James Earhart and Michael Gosnell consent to this stipulation.

As set forth in the United States's status report (R. 102), the foreclosure sale of the only remaining defendant in this case—Real Property located at 12600 Blackthorn Trace—was completed and there are no excess funds available to forfeit. Therefore, in accordance with the Settlement Agreement and Partial Final Order of Forfeiture (DN 81) and the agreement to the foreclosure sale of Blackthorn Trace (DN 70), the Parties to this case agree and stipulate that the only remaining defendant in this case, defendant Real Property located at 12600 Blackthorn Trace, is dismissed from this action.

Respectfully submitted,

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

*s/Amy M. Sullivan*
Amy M. Sullivan
Assistant U.S. Attorney
717 W Broadway
Louisville, Kentucky 40202
(502) 582-5911

**SEEN AND AGREED**:

*s/James A. Earhart* (with permission)
James A. Earhart
2819 S. Seventh Street Road
Louisville, Kentucky 40215
(502) 365-2436
Counsel for Claimant Dante Watts

*s/Michael Gosnell* (with permission)
Michael Gosnell
Seiller Waterman LLC
462 South Fourth Street, 22nd floor
Louisville, Kentucky 40202
(502) 584-7400
Counsel for Claimant Tiffany Goldsmith

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2025, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*s/Amy M. Sullivan*
Amy M. Sullivan
Assistant U.S. Attorney