UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE HUNDRED NINETY-FIVE THOUSAND EIGHT HUNDRED TEN DOLLARS ($195,810.00) IN UNITED STATES CURRENCY, *et al*,<br><br>Defendants. | ) | Civil Action No. 3:16-CV-00755-CHB-CHL<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

*** *** *** ***

This matter is before the Court on the United States of America's Stipulation of Dismissal of Defendant Real Property located at 12600 Blackthorn Trace. [R. 104]. The Court notes that the Stipulation is signed by counsel for the United States and counsel for the defendant property claimants, Dante Watts and Tiffany Goldsmith. Therefore, having reviewed the Stipulation, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The United States of America's claims against Defendant Real Property located at 12600 Blackthorn Trace, Louisville, Kentucky 40299, are **DISMISSED WITHOUT PREJUDICE.**

2. All claims having been resolved, this matter is **DISMISSED WITHOUT PREJUDICE** as to all defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

This the 25th day of November, 2025.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record